# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

ERIE INSURANCE EXCHANGE,

        Petitioner

        v.

TRACY L. MOORE AND HAROLD E. MCCUTCHEON, III, INDIVIDUALLY AND AS ADMINISTRATORS OF THE ESTATE OF HAROLD EUGENE MCCUTCHEON, JR., AND RICHARD A. CARLY,

        Respondents

:  No. 87 WAL 2018
:
:
:
:  Petition for Allowance of Appeal from
:  the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of July, 2018, the Petition for Allowance of Appeal is **GRANTED**. The issues, as stated by Petitioner, are:

1. Does the Superior Court's ruling that shooting a person during a fight, in turn, during a planned murder-suicide, constituted an "occurrence" under a liability insurance policy conflict with Pennsylvania law as established by this Court?

2. Does the Superior Court's ruling conflict with its own decision in *American National Property and Casualty Co. v. Hearn*, 93 A.3d 880 (Pa.Super. 2014), and misconstrue the intentional acts exclusion of a liability insurance policy?

3. Does the Superior Court's ruling conflict with Pennsylvania public policy, as stated in *Mutual Benefit Ins. Co. v. Haver*, 725 A.2d 743, 747 (Pa. 1999), that liability insurance does not cover damages caused as a result of evil or illegal conduct?